UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL MAKRIS, | ) | CASE NO. 4:21-CV-00409 |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| vs. | ) | |
| EBAY, INC., | ) | JUDGMENT |
| Defendant. | ) | |

The court, having granted Defendant's Motion for Summary Judgment (ECF No. 27) and denied Plaintiff's Motion for Reconsideration (ECF No. 28) in a separate Order on this same date, hereby enters judgment in favor of Defendant and against Plaintiff Cheryl Makris.

IT IS SO ORDRED.

Date: August 15, 2022

*Charles Fleming*
_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1