Case No. 22-3775

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

CHERYL MAKRIS

       Plaintiff - Appellant

v.

EBAY, INC.

       Defendant - Appellee


   Appellant having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellant has failed to satisfy the following obligation(s):

      The proper fee was not paid by March 27, 2023.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.


           **ENTERED PURSUANT TO RULE 45(a),**
           **RULES OF THE SIXTH CIRCUIT**
           Deborah S. Hunt, Clerk

Issued:  April 10, 2023

           _____